```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x   07-CIV-8295(SHS)(MHD)
U2 HOME ENTERTAINMENT, INC.,  :
                              :
              Plaintiff,      :
                              :
         vs.                  :
                              :
NEW MELODY MUSIC, INC. and KAI:
CAN WANG                      :
                              :
              Defendants.     :
                              :
------------------------------x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 10/11/07

## ORDER UNSEALING COURT FILE

WHEREAS, by Order of the Court dated September 24, 2007, the file of this case was to be sealed pending the execution of the Order of Seizure; and

WHEREAS, the Court having been advised by plaintiff's counsel that on October 6, 2007, the Order of Seizure was executed, it is hereby

ORDERED, that the file of this case is unsealed.

Dated:  New York, New York
        Oct 11    , 2007

_____
Sidney H. Stein
United States District Judge