I, JUDY YANG, being first sworn, depose and say the following, subject to penalty of perjury:

1.  I am an investigator, employed by Filley & Associates, a private investigation company. All of the matters stated herein are based on my personal knowledge. If sworn as witness I could and would testify competently to the matters stated herein.

2.  At the request of Plaintiff U2 HOME ENTERTAINMENT, INC., I was assigned to conduct a survey of the following video outlet in the New York Metropolitan Area, New York for suspected copyright infringement.

## NEW MELODY MUSIC, INC.

1.  On or about July 14, 2007 at approximately 3:30 PM, I visited the video store of Defendant New Melody Music, Inc. located at 24 East Broadway, New York, NY 10002. The store specializes in the sale of Chinese language video discs. The store was located on street level. I observed one Asian female attendant in her 20's and one Asian male attendant in his 50's in charge of the business. They were both speaking the Fuchow dialect. I observed various DVDs, VCDs, and CDs behind the counter in plastic envelops with titles handwritten onto the discs. I estimated that the premises occupy an area of approximately four hundred (400) square feet.

2.  I observed approximately one thousand (1,000) Chinese DVDs, VCDs, and CDs for sale in which I estimated approximately sixty (60) to be Plaintiff's titles. I selected and purchased the television program title to which Plaintiff owns the copyright as follows: HEART OF GREED (Episodes 1-40). I paid the sum of $35.00 in cash. A receipt was issued. I also obtained a business card with Defendant's name, business address and phone number.

3. All of the purchased video discs from the Defendant as well as the receipt and business card from Defendant were forward to Plaintiff's Associate Counsel LYNDA HUNG, ESQ.

Executed this ___ day of August, 2007 in San Francisco, California.

_____
JUDY YANG

SUBSCRIBED AND SWORD TO BEFORE ME on the ___ day of August, 2007.

_____
Notary Public in and for The State of CALIFORNIA



MICHAEL JOHN SCARDINO
Commission # 1596034
Notary Public - California
San Mateo County
My Comm. Expires Aug 17, 2009