```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

U2 HOME ENTERTAINMENT, INC.,         :     07 Civ. 8295 (SHS)

                Plaintiff,     :

     -against-                        :     ORDER

NEW MELODY MUSIC, INC., and KAI CAN  :
WANG,
                                :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for plaintiff present, and no one appearing to represent defendants,

      IT IS HEREBY ORDERED that:

      1.    If no answer to the complaint is filed by defendants by the date it is due, plaintiff shall move for a default judgment, on notice to defendants, with a return date of November 30, 2007, in Courtroom 23A at 10:00 a.m. The motion shall contain a completed Clerk's Certificate of Default, a proposed judgment, and support for any proposed award of damages and fees; and

      2.    Plaintiff shall immediately send a copy of this Order to defendants.

Dated: New York, New York
       October 1?, 2007

                      SO ORDERED:

                      _____
                      Sidney H. Stein, U.S.D.J.