AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

U2 HOME ENTERTAINMENT, INC.,

      Plaintiff,

vs.

NEW MELODY MUSIC, INC. and KAI CAN WANG

      Defendants.

**APPEARANCE**

Case Number: 07-CIV-8295

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    U2 Home Entertainment, Inc.

I certify that I am admitted to practice in this court.

10/15/07
Date

*(signature)*
Signature

Walter-Michael Lee          WL6353
Print Name          Bar Number

Sargoy, Stein, Rosen & Shapiro, 1790 Broadway, 14th Fl.
Address

New York     NY     10019
City     State     Zip Code

(212) 621-8247      (212) 581-2755
Phone Number      Fax Number