```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x    07-CIV-8295(SHS)(MHD)
U2 HOME ENTERTAINMENT, INC.,              :
                                          :
                Plaintiff,                :
                                          :
        vs.                               :
                                          :
NEW MELODY MUSIC, INC. and KAI            :
CAN WANG                                  :
                                          :
                Defendants.               :
                                          :
- - - - - - - - - - - - - - - - - - - -x
```

**AFFIDAVIT OF SERVICE BY MAIL**

I, Walter-Michael Lee, being sworn, say: I am not a party to the action, am over 18 years of age and reside in New York, New York. On October 16, 2007 I served VIA MAIL the ORDER dated October 11, 2007 to:

>New Melody Music, Inc.
>Kai Can Wang
>24 East Broadway, Street Level
>New York, New York 10002

Dated:  October 16, 2007

_____
Walter-Michael Lee